[No. 30382-9-III. Division Three. April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY DEAN DOYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01091-8, Ruth E. Reukauf, J., entered September 9, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 62637-0-I. Division One. October 19, 2009]

TIMOTHY DUNTON, *Appellant*, v. HOWARD DROKER, *Defendant*, MOHAMED LAHLOU ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-05747-0, Paris K. Kallas, J., entered October 24, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Applewick, J., concurred in by Schindler, C.J., and Becker, J.

[No. 30245-8-III. Division Three. May 2, 2013.]

JANEÉ WOLF, *Respondent*, v. IDA MARKETING SERVICES, INC., ET AL., *Defendants*, TORRY WEBB ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-2-00791-9, Carrie L. Runge, J., entered November 1, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30318-7-III. Division Three. May 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB MICHAEL EASTEP, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00210-5, Vic L. VanderSchoor, J., entered October 17, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.